ACCEPTED
01-13-00267-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/2/2015 4:09:54 PM
CHRISTOPHER PRINE
CLERK

**CASE NO. 01-13-00267-CV**

_____

**IN THE COURT OF APPEALS**
**FIRST JUDICIAL DISTRICT**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/2/2015 4:09:54 PM
CHRISTOPHER A. PRINE
Clerk

_____

**JAY H. COHEN, INDIVIDUALLY AND AS TRUSTEE OF THE JHC TRUSTS I AND II, Appellant**

**v.**

**SANDCASTLE HOMES, INC., Appellee**

_____

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case Nos. 2010-20973A & 2010-20973B**

**NOTICE OF APPEARANCE OF SPECIAL LITIGATION COUNSEL**

TO THE HONORABLE COURT OF APPEALS:

**NOW COME** Charles M.R. Vethan and Joseph L. Lanza of the Vethan Law Firm PC, and hereby file this appearance as Special Litigation Counsel for Ron Sommers Chapter 7 Trustee for Alabama & Dunlavy, Ltd., Flat Stone II, Ltd., and Flat Stone, Ltd. in the above-styled matter.

Counsel requests that all copies of all notices on all matters and all papers served or required to be served in this case, including all documents required to be served upon all Parties be given to and served upon said counsel at the undersigned address.

PLEASE TAKE FURTHER NOTICE that Ron Sommers Chapter 7 Trustee for Alabama & Dunlavy, Ltd., Flat Stone II, Ltd., and Flat Stone, Ltd. requests the Clerk of

the Court place the names and addresses of the undersigned attorneys on any service list to be prepared or existing in this cause.

Respectfully submitted,

VETHAN LAW FIRM, PC

By: /s/ Charles M.R. Vethan
      Charles M.R. Vethan
      Texas Bar No. 00971852
      Joseph L. Lanza
      Texas Bar No. 00784447
      3501 Allen Parkway
      Houston, Texas 77019
      Tel (713) 526-2222
      Fax (713) 526-2230
      edocs@vwtexlaw.com
***Attorneys for Ron Sommers Chapter 7
Trustee for Alabama & Dunlavy, Ltd.,
Flat Stone II, Ltd., and Flat Stone, Ltd.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 2, 2015, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in these cases via this Court's ECF notification system, and via First Class U.S. Mail upon all parties listed on the attached Service List.

/s/ Charles M.R. Vethan
Charles M.R. Vethan